IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 09-cv-01002-RPM-LTM

HOME DESIGN SERVICES, INC.,

    Plaintiff,

v.

KATHRYN L. RODRIQUEZ, and
VALERIE P. RODRIQUEZ,

    Defendants.
_____

## ORDER FOR DISMISSAL
_____

    Pursuant to the Stipulation for Voluntary Dismissal with Prejudice [30], it is

    ORDERED that this action is dismissed with prejudice as to defendants Kathryn L. Rodriquez and Valerie P. Rodriquez, each party to bear their own fees and costs.

    DATED: May 27th, 2010

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior District Judge